# EXHIBIT "B"

You can use your browser **BACK** button to return to previous page.

[New Case Number] [Sheriff Service History] [Notification History] [Docket Report] [Account Information]

[Home]

| GD-17-001348 | Encompass Insurance Company vs Stone Mansion Resta |  |  |
|---|---|---|---|
| Filing Date: | 01/23/2017 | Case Type: | Other Tort |
| Filing Time: |  | Court Type: | General Docket |
| Related Cases: | -- | Current Status: | Complaint |
| Judge: | No Judge | Jury Requested: | Yes |
| Amount In Dispute: | $ .00 |  |  |

*Click on PartyID hyperlink to see Alternative name for the party.

### Parties

#### -- Litigants --

| ID | LName | FName | MI | Type | Address | Initial Service Completion | Attorney |
|---|---|---|---|---|---|---|---|
| @2275584 | Encompass Insurance Company | --- | --- | Plaintiff | 3100 Sanders Road #K4a Northbrook IL 60062 | -- | O'Connell R. Sean, |
| @264190 | Stone Mansion Restaurant Inc. | --- | --- | Defendant | 300 Arcadia Court 9370 McKnight Road Pittsburgh PA 15237 | -- | -- |

#### -- Attorney --

| ID | LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|---|
| 79428 | O'Connell | R. |  | Sean Attorney | One Mellon Center 500 Grant Street 23rd floor Robb Leonard Mulvihill LLP Pittsburgh PA 15219 | (412) 2815431 |

#### -- Non Litigants --

No Listing

*Click on DocketType hyperlink to see Judgments for that Docket.
Document numbers in the DOCUMENT column may not be consecutive.

### Docket Entries

| Filing Date | Docket Type | Docket Text | Filing Party | Document |
|---|---|---|---|---|
| 01/23/2017 | Complaint |  | Encompass Insurance Company | Document 1 |

If you don't have Adobe Acrobat Reader to view documents, you can get it here.