# Joshua Guthridge

| | |
|---|---|
| **From:** | Joyce Zito |
| **Sent:** | Monday, January 23, 2017 4:51 PM |
| **To:** | mkirshner@margolisedelstein.com |
| **Cc:** | Joshua Guthridge |
| **Subject:** | Encompass Insurance Company v. The Stone Mansion |
| **Attachments:** | stone 1.PDF; stone 2001.PDF; stone 3.PDF |

Mr. Kirshner:

Attached you will find correspondence, Complaint for Contribution and an Acceptance of Service in regard to the above-captioned matter. The Complaint has been filed with the Court but has not been issued a docket number at the time of this writing. As you agreed, please sign the attached Acceptance of Service and return it to us at your earliest convenience. Should you have any questions concerning this matter, please feel free to call.

Thank you,



Joyce Zito
Legal Assistant to Rhonda J. Sudina,
Joshua R. Guthridge, and
Andrew D. Shannon

Robb Leonard Mulvihill LLP
412.281.5431 (p) • 412.281.3711 (f)
BNY Mellon Center
500 Grant Street, Suite 2300
Pittsburgh, PA 15219
www.rlmlawfirm.com