| | |
|---|---|
| **From:** | Joyce Zito |
| **Sent:** | Tuesday, January 24, 2017 11:22 AM |
| **To:** | Kirshner, Miles |
| **Cc:** | Joshua Guthridge |
| **Subject:** | RE: Encompass Insurance Company v. The Stone Mansion |

Mr. Kirshner:

The docket number for the above matter is GD 17-001348.

Joyce



Joyce Zito
Legal Assistant to Rhonda J. Sudina,
Joshua R. Guthridge, and
Andrew D. Shannon

Robb Leonard Mulvihill LLP
412.281.5431 (p) • 412.281.3711 (f)
BNY Mellon Center
500 Grant Street, Suite 2300
Pittsburgh, PA 15219
www.rlmlawfirm.com

**From:** Kirshner, Miles [mailto:mkirshner@margolisedelstein.com]
**Sent:** Tuesday, January 24, 2017 8:45 AM
**To:** Joshua Guthridge
**Cc:** Joyce Zito
**Subject:** Re: Encompass Insurance Company v. The Stone Mansion

I will hold the acceptance of service until I get the docket no.

On Tue, Jan 24, 2017 at 8:44 AM, Joshua Guthridge <JGuthridge@rlmlawfirm.com> wrote:

Joyce – Please forward the docket number to Miles when you get it from the Court.  Thank you,

*Joshua R Guthridge* | 412.281.5431 (p)

**Robb Leonard Mulvihill, LLP**

**From:** Kirshner, Miles [mailto:mkirshner@margolisedelstein.com]
**Sent:** Tuesday, January 24, 2017 8:36 AM
**To:** Joyce Zito
**Cc:** Joshua Guthridge
**Subject:** Re: Encompass Insurance Company v. The Stone Mansion

Do you have a docket number yet?

On Mon, Jan 23, 2017 at 4:51 PM, Joyce Zito <JZito@rlmlawfirm.com> wrote:

Mr. Kirshner:

Attached you will find correspondence, Complaint for Contribution and an Acceptance of Service in regard to the above-captioned matter. The Complaint has been filed with the Court but has not been issued a docket number at the time of this writing. As you agreed, please sign the attached Acceptance of Service and return it to us at your earliest convenience. Should you have any questions concerning this matter, please feel free to call.

Thank you,



Joyce Zito
Legal Assistant to Rhonda J. Sudina,
Joshua R. Guthridge, and
Andrew D. Shannon

Robb Leonard Mulvihill LLP
412.281.5431 (p) • 412.281.3711 (f)
BNY Mellon Center
500 Grant Street, Suite 2300
Pittsburgh, PA 15219
www.rlmlawfirm.com

This e-mail transmission and any attachments are confidential and protected by the attorney-client privilege and/or attorney work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination or use of any information contained in, or attachments to this e-mail is strictly prohibited. If you have received this transmission in error, please notify the sender by replying to this message and delete it from your system. Thank you.

--

## Miles Kirshner, Esq.
office: 412-355-4962 fax: 412-642-2380

mobile: 412-414-3294

email: mkirshner@margolisedelstein.com

Visit us at www.margolisedelstein.com
Attorney Profile: Miles A. Kirshner

Margolis Edelstein
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219

Serving all of DE, NJ, PA and WV

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the personal and confidential use of the intended recipients. This message may contain privileged attorney-client communication.  If you have received this message in error, any review or dissemination is strictly prohibited.  Please notify us immediately by e-mail and delete the original message.

--

**Miles Kirshner, Esq.**
office: 412-355-4962 fax: 412-642-2380

mobile: 412-414-3294
email: mkirshner@margolisedelstein.com
Visit us at www.margolisedelstein.com
Attorney Profile: Miles A. Kirshner

Margolis Edelstein
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219

Serving all of DE, NJ, PA and WV

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the personal and confidential use of the intended recipients. This message may contain privileged attorney-client communication.  If you have received this message in error, any review or dissemination is strictly prohibited.  Please notify us immediately by e-mail and delete the original message.