# Joshua Guthridge

| | |
|---|---|
| **From:** | Kirshner, Miles <mkirshner@margolisedelstein.com> |
| **Sent:** | Thursday, January 26, 2017 9:15 AM |
| **To:** | Joshua Guthridge |
| **Cc:** | Joyce Zito; Kyle McGee |
| **Subject:** | Re: Encompass Insurance Company v. The Stone Mansion |

Josh

Thank you for your patience in this regard. I was not ignoring you, and as a matter of professional courtesy, I want to explain why I have not yet returned the Acceptance of Service form.

Noting that there is diversity of citizenship, and an amount in controversy in excess of $75,000, we are considering removing this action to federal court. While 28 USC §1441(b) generally prevents a resident defendant from removing an action to federal court in its own state, the language of the statute precludes such removal when a resident defendant has been "properly joined and served". We are aware of an opinion from Chief Judge Conti in the Western District of PA, interpreting this to mean that a resident defendant can remove prior to being served.

I fully acknowledge having agreed prior to your filing suit that we will accept service. I maintain that agreement, but because it may affect our client's procedural ability to remove the case, I have to hold off doing so until after the Notice of Removal is filed. I expect this will happen in the next one or two days. Happy to discuss this with you over the phone if you desire.

On Thu, Jan 26, 2017 at 8:54 AM, Joshua Guthridge <JGuthridge@rlmlawfirm.com> wrote:

Miles – Please forward the signed Acceptance of Service when you have a moment. Thanks, Josh


*Joshua R Guthridge* | 412.281.5431 (p)

**Robb Leonard Mulvihill, LLP**

---

**From:** Joyce Zito
**Sent:** Tuesday, January 24, 2017 11:22 AM
**To:** Kirshner, Miles
**Cc:** Joshua Guthridge
**Subject:** RE: Encompass Insurance Company v. The Stone Mansion

Mr. Kirshner:

The docket number for the above matter is GD 17-001348.

Joyce



**From:** Kirshner, Miles [mailto:mkirshner@margolisedelstein.com]
**Sent:** Tuesday, January 24, 2017 8:45 AM
**To:** Joshua Guthridge
**Cc:** Joyce Zito
**Subject:** Re: Encompass Insurance Company v. The Stone Mansion

I will hold the acceptance of service until I get the docket no.

On Tue, Jan 24, 2017 at 8:44 AM, Joshua Guthridge <JGuthridge@rlmlawfirm.com> wrote:

Joyce – Please forward the docket number to Miles when you get it from the Court. Thank you,

*Joshua R Guthridge|* 412.281.5431 (p)

**Robb Leonard Mulvihill, LLP**

**From:** Kirshner, Miles [mailto:mkirshner@margolisedelstein.com]
**Sent:** Tuesday, January 24, 2017 8:36 AM
**To:** Joyce Zito

**Cc:** Joshua Guthridge
**Subject:** Re: Encompass Insurance Company v. The Stone Mansion

Do you have a docket number yet?

On Mon, Jan 23, 2017 at 4:51 PM, Joyce Zito <JZito@rlmlawfirm.com> wrote:

Mr. Kirshner:

Attached you will find correspondence, Complaint for Contribution and an Acceptance of Service in regard to the above-captioned matter. The Complaint has been filed with the Court but has not been issued a docket number at the time of this writing. As you agreed, please sign the attached Acceptance of Service and return it to us at your earliest convenience. Should you have any questions concerning this matter, please feel free to call.

Thank you,



Joyce Zito
Legal Assistant to Rhonda J. Sudina,
Joshua R. Guthridge, and
Andrew D. Shannon

Robb Leonard Mulvihill LLP
412.281.5431 (p) • 412.281.3711 (f)
BNY Mellon Center
500 Grant Street, Suite 2300
Pittsburgh, PA 15219
www.rlmlawfirm.com

This e-mail transmission and any attachments are confidential and protected by the attorney-client privilege and/or attorney work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination

or use of any information contained in, or attachments to this e-mail is strictly prohibited. If you have received this transmission in error, please notify the sender by replying to this message and delete it from your system. Thank you.

--

**Miles Kirshner, Esq.**
office: 412-355-4962 fax: 412-642-2380

mobile: 412-414-3294

email: mkirshner@margolisedelstein.com

Visit us at www.margolisedelstein.com
Attorney Profile: Miles A. Kirshner

Margolis Edelstein
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219

Serving all of DE, NJ, PA and WV

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the personal and confidential use of the intended recipients. This message may contain privileged attorney-client communication.  If you have received this message in error, any review or dissemination is strictly prohibited.  Please notify us immediately by e-mail and delete the original message.

--

**Miles Kirshner, Esq.**
office: 412-355-4962 fax: 412-642-2380

mobile: 412-414-3294


email: mkirshner@margolisedelstein.com

Visit us at www.margolisedelstein.com
Attorney Profile: Miles A. Kirshner

Margolis Edelstein
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219

Serving all of DE, NJ, PA and WV


CONFIDENTIALITY NOTICE: This e-mail message is intended only for the personal and confidential use of the intended recipients. This message may contain privileged attorney-client communication.  If you have received this message in error, any review or dissemination is strictly prohibited.  Please notify us immediately by e-mail and delete the original message.

--

**Miles Kirshner, Esq.**
office: 412-355-4962 fax: 412-642-2380

mobile: 412-414-3294
email: mkirshner@margolisedelstein.com
Visit us at www.margolisedelstein.com
Attorney Profile: Miles A. Kirshner

Margolis Edelstein
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219

Serving all of DE, NJ, PA and WV

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the personal and confidential use of the intended recipients. This message may contain privileged attorney-client communication.  If you have received this message in error, any review or dissemination is strictly prohibited.  Please notify us immediately by e-mail and delete the original message.